IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, ) <br> BLOUNT INTERNATIONAL, INC., ) <br> ) <br> Plaintiff and Relator, ) <br> ) <br> v. ) <br> ) <br> TRILINK SAW CHAIN, LLC, AND ) <br> TRILINK GLOBAL, LLC, ) <br> ) <br> Defendants. ) | **FILED UNDER SEAL** <br><br> No. 20-CV-58-LTS-KEM |

## NOTICE OF INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court of its election to intervene in this action for purposes of settlement with Defendants. The United States is also filing a Joint Notice of Dismissal with Relator, along with a proposed order, dismissing the above-captioned matter.

The Government requests that the relator's Complaint, this Notice, the attached Order, and the Order Granting Voluntary Dismissal be unsealed. The United States requests that all other papers on file in this action remain under seal because, in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this Notice.

Respectfully submitted,

TIMOTHY T. DUAX
Acting United States Attorney

By: */s/ Matthew K. Gillespie*

MATTHEW K. GILLESPIE
Assistant United States Attorney
111 7th Avenue SE, Box 1
Cedar Rapids, IA 52401-2101
319-363-6333 (Phone)
319-363-1990 (Fax)
Matthew.Gillespie@usdoj.gov