IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* | ) | |
| BLOUNT INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff and Relator, | ) | |
| | ) | No.  20-CV-58-LTS-KEM |
| v. | ) | |
| | ) | |
| TRILINK SAW CHAIN, LLC, and | ) | |
| TRILINK GLOBAL, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The United States having intervened in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the Court rules as follows:

1.      the Relator's Complaint, the Government's Notice of Intervention, this Order, and the Court's Order Granting Voluntary Dismissal be unsealed;

2.      all other papers or Orders on file in this matter shall remain under seal; and

3.      the seal shall be lifted on any matters occurring in this action after the date of this Order.


**IT IS SO ORDERED.**

**DATED** this 17th day of March, 2022.


_____
Leonard T. Strand, Chief Judge