IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BLOUNT INTERNATIONAL, INC., <br><br> Plaintiff and Relator, <br><br> v. <br><br> TRILINK SAW CHAIN, LLC, and TRILINK GLOBAL, LLC, <br><br> Defendants. | No. 20-CV-58-LTS-KEM |

## ORDER GRANTING VOLUNTARY DISMISSAL

Upon consideration of the Joint Notice of Voluntary Dismissal filed by the United States and Relator, pursuant to 31 U.S.C. § 3730(b)(1), and for good cause shown,

**IT IS HEREBY ORDERED** that the above-referenced matter is dismissed with prejudice as to the Relator, and with prejudice as to the United States only as to the Covered Conduct set forth in the parties' settlement agreement, and without prejudice as to any other claims. This dismissal disposes of all claims in the above-referenced matter.

**IT IS SO ORDERED.**

**DATED** this 17th day of March, 2022.

_____
Leonard T. Strand, Chief Judge